IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **THOMAS P. ANDONIAN,** | CASE NO. 19-53010 |
| *Debtor.* | JUDGE: ALAN KOSCHIK |
| | **CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITORS** |

Debtor Thomas Andonian, through counsel, respectfully gives notice that on the 13th day of January, 2020, he caused to be served by regular U.S. mail, postage prepaid, the Voluntary Petition and Notice of 341(a) Meeting of Creditors & Deadlines, on the following newly added creditors:

Andrew M Dodd OD
2282 Newton St
Akron OH 44305

Capital Accounts LLC
PO Box 140065
Nashville TN 37214

DSNB/Macys
PO Box 8218
Monroe OH 45050

Kohls
PO Box 3115
Milwaukee WI 53201

LabCare Plus
PO Box 771933
Detroit MI 48277-1933

Medical Alert
816 Parkway Dr
Broomall PA 19008

Novus Clinic/System Optics
518 West Ave
Tallmadge OH 44278-2117

Summa Physicians Inc
PO Box 630092
Cincinnati OH 45263-0092

SyncB/Care Credit
PO Box 965036
Orlando FL 32896-5036

SyncB/Sams
PO Box 965005
Orlando FL 32896-5005

USBank
PO Box 108
St Louis MO 63166

Respectfully submitted,

/s/ Rebecca J. Sremack
_____

Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 S. Arlington Road
Akron, OH 44312
Phone: 330.644.0061
Fax: 330.644.7241 Fax
info@sremacklaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a copy of the foregoing *Certificate of Service to Newly Added Creditors* was filed electronically via this Court's ECF system and served upon all parties indicated on the electronic filing receipt, namely:

    United States Trustee (*via ECF*)
    Trustee Marc Gertz (*via* ECF)

It was also served this same date by regular U.S. mail, postage prepaid, upon all newly added creditors, namely:

Andrew M Dodd OD
2282 Newton St
Akron OH 44305

Capital Accounts LLC
PO Box 140065
Nashville TN 37214

DSNB/Macys
PO Box 8218
Monroe OH 45050

Kohls
PO Box 3115
Milwaukee WI 53201

LabCare Plus
PO Box 771933
Detroit MI 48277-1933

Medical Alert
816 Parkway Dr
Broomall PA 19008

Novus Clinic/System Optics
518 West Ave
Tallmadge OH 44278-2117

Summa Physicians Inc
PO Box 630092
Cincinnati OH 45263-0092

SyncB/Care Credit
PO Box 965036
Orlando FL 32896-5036

SyncB/Sams
PO Box 965005
Orlando FL 32896-5005

USBank
PO Box 108
St Louis MO 63166

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtor*